IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Kinseth Hotel Corporation, | : | Case No. 1:21-cv-400 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| American Guarantee and Liability | : | **Order Adopting Report and** |
| Insurance Company, *et al.*, | : | **Recommendation** |
| Defendants. | : | |

This matter is before the Court on Defendant American Guarantee and Liability Insurance Company's Motion to Dismiss (Doc. 9) and the Magistrate Judge's Report and Recommendation (Doc. 19). The Magistrate Judge recommended Defendant's Motion to Dismiss be denied as moot given that Plaintiff Kinseth Hotel Corporation filed an Amended Complaint.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. Defendant's Motion to Dismiss is **DENIED** as moot.

**IT IS SO ORDERED**.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court